UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3:17-CV-00216-CRS

LIVE NATION WORLDWIDE, INC.                                                    PLAINTIFF

v.              **SECURA INSURANCE, A MUTUAL COMPANY'S MOTION
FOR SUMMARY JUDGMENT**

SECURA INSURANCE;
CITY SECURITIES INSURANCE, LLC; and
ESG SECURITY, INC.                                                         DEFENDANTS

** ** ** ** **

Comes the Defendant, SECURA Insurance, A Mutual Company, by counsel, and pursuant to

FRCP 56, moves this Court for summary judgment in favor of Defendant, as there are no disputed

material facts, and Defendant is entitled to judgment as a matter of law.  In support of Defendant's

motion, it files and tenders the attached Memorandum and Order.

SEWELL & NEAL, PLC

/s/Peter J. Sewell
PETER J. SEWELL
THOMAS N. PETERS
220 West Main Street, Suite 1800
Louisville, KY  40202
Telephone:     (502) 582-2030
Facsimile:     (502) 561-0766
E-mail:        psewell@sonlegal.com
E-mail:        tpeters@sonlegal.com
*Attorney for Defendant, SECURA Insurance,
A Mutual Company*

1

## CERTIFICATE OF SERVICE

I do hereby certify that on December 8, 2017, a copy of the foregoing was filed with the Clerk of the Court via the Court's ECF system, which will serve notification of such filing to the following:

Mr. Russell B. Morgan
Bradley Arant Boult Cummings LLP
P.O. Box 340025
Nashville, TN  37203
*Counsel for Plaintiff*

Ashley K. Brown
J. Tucker Willis
Ward, Hocker & Thornton, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
*Counsel for Defendant, ESG Security, Inc.*

Ms. Diane M. Laughlin
Ms. Emily C. Lamb
Blackburn Domene & Burchett, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
*Counsel for Defendant, City Securities
Insurance, LLC*

/s/Peter J. Sewell_____
PETER J. SEWELL