UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically Filed*

| | |
|---|---|
| LIVE NATION WORLDWIDE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:17-cv-00216-CRS |
| SECURA INSURANCE; CITY SECURITIES INSURANCE, LLC; and ESG SECURITY, INC | ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANT ESG SECURITY, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant, ESG Security, Inc. ("ESG"), by counsel, and pursuant to FRCP 56, respectfully moves this Court to grant its motion for summary judgment in favor of ESG. In support of its Motion for Summary Judgment, ESG relies on the attached Memorandum of Law.

Respectfully submitted,

**WARD, HOCKER & THORNTON, PLLC**

Vine Center
333 West Vine Street, Suite 1100
Lexington, Kentucky 40507
Telephone: (859) 422-6000
Fax: (859) 422-6001
abrown@whtlaw.com
tucker.willis@whtlaw.com

By: /s/ Ashley K. Brown
Ashley K. Brown
J. Tucker Willis
*Counsel for ESG Security, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically on the following counsel of record:

Russell B. Morgan
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, TN 37203
rmorgan@bradley.com
*Counsel for Plaintiff*

Peter J. Sewell
Sewell & Neal, PLLC
220 West Main Street, Suite 1800
LG&E Center
Louisville, KY 40202
psewell@sonlegal.com
*Counsel for SECURA Insurance*

Diane M. Laughlin
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
dlaughlin@bdblawky.com
*Counsel for City Securities Insurance, LLC*

All on this the 8th day of December, 2017.

   /s/ Ashley K. Brown
Ashley K. Brown
J. Tucker Willis

CL6331