UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **LIVE NATION WORLDWIDE, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 3:17-cv-00216-CRS** |
| ) | |
| **SECURA INSURANCE; CITY** ) | |
| **SECURITIES INSURANCE, LLC; and** ) | |
| **ESG SECURITY,** ) | |
| ) | |
| **Defendants.** ) | |

---

**AGREED ORDER GRANTING CONSENT MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANTS SECURA INSURANCE,
A MUTUAL COMPANY'S, AND ESG SECURITY, INC.'S
MOTIONS FOR SUMMARY JUDGMENT**

---

This matter is before the Court on Plaintiff Live Nation Worldwide, Inc.'s Consent Motion for Extension of Time to Respond to Defendants Secura Insurance, A Mutual Company's, and ESG Security, Inc.'s Motions for Summary Judgment. Having considered the motion and based upon the parties' agreement, as indicated by the signatures of counsel below, the Court finds that good cause exists and the motion is well-taken.

IT IS THEREFORE ORDERED that Plaintiff Live Nation Worldwide, Inc.'s motion is GRANTED. Live Nation shall have up to and including January 22, 2018, in which to file its responsive pleadings to Secura's motion for summary judgment and ESG's motions for summary judgment.

IT IS SO ORDERED.

December 21, 2017

**Charles R. Simpson III, Senior Judge
United States District Court**

AGREED TO AND SUBMITTED FOR ENTRY BY:


*s/ Russell B. Morgan*
Russell B. Morgan (KY Bar No. 85355)
Brian R. Epling (KY Bar No. 95539)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 1600
P.O. Box 340025
Nashville, Tennessee  37203
Telephone:  (615) 252-2311
Facsimile:  (615) 252-6311
rmorgan@bradley.com
bepling@bradley.com
*Attorneys for Plaintiff Live Nation Worldwide, Inc.*



*s/Peter J. Sewell (w/permission by RBM)*
Peter J. Sewell
Thomas N. Peters
SEWELL & NEAL, PLC
220 West Main Street, Suite 1800
Louisville, KY  40202
Telephone:  (502) 582-2030
Facsimile:  (502) 561-0766
psewell@sonlegal.com
tpeters@sonlegal.com
*Counsel for Secura Insurance, A Mutual Company*



*s/Ashley K. Brown (w/permission by RBM)*
Ashley K. Brown
J. Tucker Willis
WARD, HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
Telephone:  (859) 422-6000
Fax:  (859) 422-6001
abrown@whtlaw.com
tucker.willis@whtlaw.com
*Counsel for ESG Security, Inc.*

*s/Diane M. Laughlin (w/permission by RBM)*
Diane M. Laughlin
Emily C. Lamb
BLACKBURN DOMENE & BURCHETT, PLLC
614 West Main Street, Suite 3000
Louisville, KY  40202
Telephone:  (502) 584-1600
Facsimile:  (502) 584-9971
dlaughlin@bdblawky.com
elamb@bdblawky.com
*Counsel for City Securities Insurance, LLC*