UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| LIVE NATION WORLDWIDE, INC., | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:17-cv-00216-CRS |
| SECURA INSURANCE; CITY | ) |
| SECURITIES INSURANCE, LLC; and | ) |
| ESG SECURITY, INC., | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
ITS AMENDED COMPLAINT**

The Plaintiff Live Nation Worldwide, Inc. ("Live Nation"), pursuant to Federal Rule of Civil Procedure 15, respectfully moves this Court for leave to file its Amended Complaint against Secura Insurance ("Secura"); City Securities Insurance, LLC ("City Securities"); and ESG Security, Inc. ("ESG"). Live Nation's proposed Amended Complaint is attached hereto as **Exhibit A**. In support of this Motion, Live Nation states:

1. Live Nation filed its Complaint on April 7, 2017, requesting declaratory judgment and damages against Defendants Secura, City Securities, and ESG. [R. 1].

2. Live Nation, ESG, and the plaintiffs in the underlying state court action *Hays v. Live Nation Worldwide, Inc.* (the "*Hays* Action"), Case No. 13-CI-06424 (Jefferson Cir. Ct.) reached a confidential settlement just prior to the trial set to begin on November 27, 2017. [Joint Status Report, R. 51].

3. In reaching a settlement with the plaintiffs in the *Hays* Action, ESG and Live Nation agreed to dismiss their cross-claims for indemnification under the Vendor Services Agreement

- 2 -

(the "VSA") in the state court action and agreed that the cross-claims should be litigated in the instant action. [*Id*.].

4. Further, the parties' settlement of the *Hays* Action moots the need for declaratory relief against Secura for defense and indemnification. Instead, Live Nation seeks to convert the claim into one for damages related to Secura's failure to indemnify and defend Live Nation as an additional insured under ESG's insurance policy with Secura.

5. Secura has taken numerous and unreasonable positions regarding coverage for Live Nation as additional insured. Secura's actions constitute not only common law bad faith, which was previously pled, but also violation of Kentucky's Unfair Claims Settlement Practices, KRS 304.12-230.

6. Live Nation also amends to include a claim for indemnification against ESG pursuant to the terms of the Vendor Services Agreement.

7. Pursuant to Federal Rule of Civil Procedure 15, leave to amend should be freely given when justice so requires. Here, Live Nation should be given leave to amend its Complaint. The Court has just ordered the parties to jointly file a proposed discovery plan and bifurcated the bad faith claim. [Mem. Op. and Order, R. 56 at PageID #779]. In addition, ESG and Live Nation agreed in the *Hays* Action to litigate the breach of contract related to the indemnification provision of the VSA in this action. Although ESG and Secura have pending motions for summary judgment, the amendments to the Complaint will not alter the underlying arguments. Rather, the proposed amendments reflect the impact of the settlement in the *Hays* Action.

8. Therefore, Defendants will not be prejudiced by the amendment. Moreover, Live Nation has not unreasonably delayed in seeking to amend its Complaint, and its claims asserted in

- 3 -

the Amended Complaint will not result in its filing being futile.  Therefore, justice requires that leave be given to permit Live Nation to file its Amended Complaint.

    WHEREFORE, Live Nation respectfully requests that the Motion for leave to file its Amended Complaint be granted and that the Amended Complaint be deemed filed as of the date of entry of the Court's Order granting the Motion.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*s/ Russell B. Morgan*
Russell B. Morgan (KY Bar No. 85355)
Brian R. Epling (KY Bar No. 95539)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee  37203
(615) 252-2311
rmorgan@bradley.com
bepling@bradley.com

*Attorneys for Plaintiff*

- 3 -

7/4106590.1

- 4 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 22nd day of January, 2018, a copy of the foregoing was served via the Court's ECF system, which will send electronic notice to the following:

| | |
|---|---|
| Peter J. Sewell | Diane M. Laughlin |
| Thomas N. Peters | BLACKBURN DOMENE & |
| SEWELL & NEAL, PLC | BURCHETT, PLLC |
| 220 West Main Street, Suite 1800 | 614 West Main Street, Suite 3000 |
| Louisville, KY 40202 | Louisville, KY 40202 |
| psewell@sonlegal.com | dlaughlin@bdblawky.com |
| tpeters@sonlegal.com | *Counsel for City Securities* |
| *Counsel for Secura Insurance* | *Insurance, LLC* |

Ashley K. Brown
J. Tucker Willis
WARD, HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY 40507
abrown@whtlaw.com
tucker.willis@whtlaw.com
*Counsel for ESG Security, Inc.*

                                            *s/ Russell B. Morgan*
                                            Russell B. Morgan

7/4106590.1