# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **LIVE NATION WORLDWIDE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:17-cv-00216-CRS |
| **SECURA INSURANCE; CITY SECURITIES INSURANCE, LLC; and ESG SECURITY,** | ) ) ) ) |
| **Defendants.** | ) |

### PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT ON COVERAGE CLAIM AGAINST SECURA INSURANCE

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Live Nation Worldwide, Inc. ("Live Nation") hereby submits this Cross-Motion for Summary Judgment on Coverage Claim Against Secura Insurance. Live Nation relies on its Response to Secura's Motion for Summary Judgment as its grounds for its cross-motion. For those reasons set forth in Live Nation's Response, Live Nation requests that the Court enter summary judgment in favor of Live Nation.

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

 s/ Russell B. Morgan
Russell B. Morgan (KY Bar No. 85355)
Brian R. Epling (KY Bar No. 95539)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee  37203
(615) 252-2311
rmorgan@bradley.com
bepling@bradley.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 22nd day of January, 2018, a copy of the foregoing was served via the Court's ECF system, which will send electronic notice to the following:

Peter J. Sewell  
Thomas N. Peters  
SEWELL & NEAL, PLC  
220 West Main Street, Suite 1800  
Louisville, KY  40202  
psewell@sonlegal.com  
tpeters@sonlegal.com  
*Counsel for Secura Insurance*

Diane M. Laughlin  
BLACKBURN DOMENE &  
BURCHETT, PLLC  
614 West Main Street, Suite 3000  
Louisville, KY  40202  
dlaughlin@bdblawky.com  
*Counsel for City Securities Insurance, LLC*

Ashley K. Brown  
J. Tucker Willis  
WARD, HOCKER & THORNTON, PLLC  
333 West Vine Street, Suite 1100  
Lexington, KY  40507  
abrown@whtlaw.com  
tucker.willis@whtlaw.com  
*Counsel for ESG Security, Inc.*

             *s/ Russell B. Morgan*  
             Russell B. Morgan

7/4109694.1