## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| **LIVE NATION WORLDWIDE, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) Case No. 3:17-cv-00216-CRS |
| **SECURA INSURANCE; CITY SECURITIES INSURANCE, LLC; and ESG SECURITY,** | ) ) ) ) |
| | ) |
| **Defendants.** | ) |

### PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT
### ON BREACH OF CONTRACT CLAIM AGAINST ESG SECURITY

Pursuant to Federal Rule of Civil Procedure 56, Plaintiff Live Nation Worldwide, Inc. ("Live Nation") hereby submits this Cross-Motion for Summary Judgment on Breach of Contract Claim Against ESG. Live Nation relies on its Response to ESG's Motion for Summary Judgment as its grounds for its cross-motion. For those reasons set forth in Live Nation's Response, Live Nation requests that the Court enter summary judgment in favor of Live Nation. Alternatively, if the Court finds that there is an ambiguity in the Vendor Services Agreement, Live Nation requests the opportunity to conduct discovery under Federal Rule of Civil Procedure 56(d).

Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

 *s/ Russell B. Morgan*
Russell B. Morgan (KY Bar No. 85355)
Brian R. Epling (KY Bar No. 95539)
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2311
rmorgan@bradley.com
bepling@bradley.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of January, 2018, a copy of the foregoing was served via the Court's ECF system, which will send electronic notice to the following:

| | |
|---|---|
| Peter J. Sewell | Diane M. Laughlin |
| Thomas N. Peters | BLACKBURN DOMENE & |
| SEWELL & NEAL, PLC | BURCHETT, PLLC |
| 220 West Main Street, Suite 1800 | 614 West Main Street, Suite 3000 |
| Louisville, KY  40202 | Louisville, KY  40202 |
| psewell@sonlegal.com | dlaughlin@bdblawky.com |
| tpeters@sonlegal.com | *Counsel for City Securities* |
| *Counsel for Secura Insurance* | *Insurance, LLC* |

Ashley K. Brown
J. Tucker Willis
WARD, HOCKER & THORNTON, PLLC
333 West Vine Street, Suite 1100
Lexington, KY  40507
abrown@whtlaw.com
tucker.willis@whtlaw.com
*Counsel for ESG Security, Inc.*

                                                   *s/Russell B. Morgan*
                                                   Russell B. Morgan